# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

THOMAS PUSEY,

      Plaintiff,

v.                                  CASE NO:  2:06-cv-507-FtM-UA-DNF

AMANDA MCGINNIS, et al.

      Defendants.

_____/

## O R D E R

Upon due consideration of the *pro se* Plaintiff's Response to Show Cause Order and Motion for Voluntary Dismissal Without Prejudice (Dkt. 57), as well as Defendants' Notice to the Court (Dkt.54), which prompted the Court to issue a show cause order and in which Defendants sought dismissal of this action, it is ordered and adjudged as follows:

    1) Plaintiff's Motion to Dismiss (Dkt. 57) is granted.

    2) This case is dismissed without prejudice.

    3) The Clerk is directed to close this case.

**DONE AND ORDERED** at Tampa, Florida, on November 20, 2008.


                        *s/Richard A. Lazzara*_____
                        **RICHARD A. LAZZARA**
                        **UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record
Plaintiff, pro se